REBECCA K. SMITH
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
Tel: (406) 531-8133
publicdefense@gmail.com

TIMOTHY M. BECHTOLD
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
Tel: (406) 721-1435
tim@bechtoldlaw.net

*Attorneys for Plaintiffs-Appellants*

# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SHARON J. HAPNER, NATIVE ECOSYSTEMS COUNCIL, and ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　Plaintiffs,<br>vs.<br><br>TOM TIDWELL, Regional Forester of Region One of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br>　　　　Defendants, and<br><br>JANET G. HARTMAN and RONALD E. HARTMAN,<br>　　　　Defendant-Intervenors. | CV-08-92-M-DWM<br><br>CV-09-79-M-DWM<br><br>(consolidated)<br><br>NOTICE OF APPEAL |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs SHARON J. HAPNER, NATIVE ECOSYSTEMS COUNCIL, and ALLIANCE FOR THE WILD ROCKIES hereby give notice that they appeal to the U.S. Court of Appeals for the Ninth Circuit regarding the final judgment and order issued by this Court on August 11, 2011 (Docket Document 105) for the consolidated cases CV-08-92-M-DWM and CV-09-79-M-DWM.

Respectfully submitted this 21st Day of September, 2011.

/s/ Rebecca K. Smith
Rebecca K. Smith
Public Interest Defense Center, P.C.

Timothy M. Bechtold
Bechtold Law Firm PLLC

Attorneys for Plaintiffs-Appellants